## Life Care Plan
### Lifetime Cost Projection

| Category | Annual Cost* | | Lifetime Cost | |
|---|---|---|---|---|
| Future Physician Costs | $20.00 | | $300.00 | |
| Lab/Diagnostic Testing | -0- | | -0- | |
| Mobility | $1,120.43 | | $16,806.45 | |
| Leisure/Recreational Costs | $932.67 | | $13,990.05 | |
| Vocational/ Educational Costs | -0- | | -0- | |
| Medications | -0- | | -0- | |
| Therapies | $1,500.00 | | $22,500.00 | |
| Medical Supplies | -0- | | -0- | |
| Independent Functioning Aids | $384.05 | | $5,760.75 | |
| Orthotics, Prosthetics, Orthopedic Equipment | $23,146.02 | | $347,190.30 | |
| Home Health Care/Facility Care Costs | Option A | Option B | Option A | Option B |
| | $28,069.33 | $32,336.00 | $421,039.95 | $485,040.00 |
| Transportation | $274.80 | | $4,122.00 | |
| Home Modifications | $2,656.67 | | $39,850.05 | |
| Estimated Surgeries, Hospitalizations | -0- | | -0- | |
| **Totals** | Option A | Option B | Option A | Option B |
| | $58,103.97 | $62,370.64 | $871,559.55 | $935,559.60 |

If costs not incurred yearly; annualized cost calculated by dividing lifetime cost by anticipated life expectancy
Projected lifetime costs are calculated in year:     2013



EXHIBIT

COMPOSITE EXHIBIT 2

William H Stillwell

THIS IS NOT A BILL | Page 5 of

## November 17, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Note Belo |
|---|---|---|---|---|---|---|
| Mobility: walking & moving around functional limitation, current status, at therapy episode outset a (G8978-GPCL) | NO | 0.00 | 0.00 | 0.00 | 0.00 | I |
| Mobility: walking & moving around functional limitation, projected goal status, at therapy episode o (G8979-GPCJ) | NO | 0.00 | 0.00 | 0.00 | 0.00 | I |
| Total for Claim #02-16333-802-300 | | $300.00 | $125.82 | $98.65 | $25.16 | J,K |

## November 22, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Note Belo |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $160.00 | $49.24 | $38.60 | $9.85 | L,M |

Claim #02-16333-802-090

(continued)

Continued

### Notes for Claims Above

I This code is for informational/reporting purposes only. You should not be charged for this code. If there is a charge, you do not have to pay the amount.

J We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

K $228.61 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

L The approved amount is based on a special payment method.

M After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

William H Stillwell

THIS IS NOT A BILL | Page 6 of 33

## November 22, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.55 | 26.30 | 6.71 | N,O |
| Total for Claim #02-16333-802-090 | | $240.00 | $82.79 | $64.90 | $16.56 | P,Q |

William H Stillwell

# November 29, 2016
## Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $160.00 | $49.24 | $38.60 | $9.85 | S,T |
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.55 | 26.30 | 6.71 | S,T |
| Total for Claim #09-16337-021-320 | | $240.00 | $82.79 | $64.90 | $16.56 | U,V |

# December 01, 2016
## Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | S,T |
| Claim #09-16337-021-180 | | | | | | |

(continued)

## Notes for Claims Above



**S** The approved amount is based on a special payment method.

**T** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**U** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**V** $395.76 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell                                              THIS IS NOT A BILL | Page 8 of 33

## December 01, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | W,X |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | W,X |
| Total for Claim #09-16337-021-180 | | $240.00 | $84.36 | $66.15 | $16.87 | Y,Z |

## December 02, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | W,X |

Claim #10-16344-089-740                                                     (continued)

Continued →

## Notes for Claims Above

W The approved amount is based on a special payment method.

X After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

Y We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA – SUPP.

Z $395.76 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## December 06, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.55 | 26.30 | 6.71 | e,f |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.50 | 16.86 | 4.30 | e,f |
| Total for Claim #10-16344-089-730 | | $315.00 | $104.29 | $81.76 | $20.86 | g,h |

# December 08, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | e,f |
| Claim #10-16344-089-610 | | | | | | |

(continued)

Continued →

## Notes for Claims Above

**e** The approved amount is based on a special payment method.

**f** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**g** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**h** $668.77 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## December 02, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | a,b |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | a,b |
| Total for Claim #10-16344-089-740 | | $240.00 | $84.36 | $66.15 | $16.87 | c,d |

## December 06, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $160.00 | $49.24 | $38.60 | $9.85 | a,b |

**Claim #10-16344-089-730**

(continued)

Continued →

### Notes for Claims Above

a  The approved amount is based on a special payment method.

b  After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

c  We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA – SUPP.

d  $668.77 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

December 09, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | m,n |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | m,n |
| Total for Claim #10-16350-535-650 | | $240.00 | $84.36 | $66.15 | $16.87 | o,p |

## December 15, 2016
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | m,n |
| Claim #10-16362-240-740 | | | | | (continued) | |

Continued →

### Notes for Claims Above

m The approved amount is based on a special payment method.

n After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

o We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

p $753.13 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.



William H Stillwell

### December 08, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | i,j |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | i,j |
| Total for Claim #10-16344-089-610 | | $240.00 | $84.36 | $66.15 | $16.87 | k,l |

## December 09, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | i,j |

**Claim #10-16350-535-650**                                                    (continued)

Continued →

### Notes for Claims Above

**i** The approved amount is based on a special payment method.

**j** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**k** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**l** $668.77 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## December 16, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | u,v |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | u,v |
| Mobility: walking & moving around functional limitation, current status, at therapy episode outset a (G8978-GPCL) | NO | 0.00 | 0.00 | 0.00 | 0.00 | w |
| Mobility: walking & moving around functional limitation, projected goal status, at therapy episode o (G8979-GPCK) | NO | 0.00 | 0.00 | 0.00 | 0.00 | w |
| Total for Claim #10-16362-240-640 | | $320.00 | $108.98 | $85.44 | $21.80 | x,y |

Continued →

## Notes for Claims Above

u The approved amount is based on a special payment method.

v After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

w This code is for informational/reporting purposes only. You should not be charged for this code. If there is a charge, you do not have to pay the amount.

x We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA – SUPP.

y $1026.14 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

## December 15, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | q,r |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | q,r |
| Total for Claim #10-16362-240-740 | | $240.00 | $84.36 | $66.15 | $16.87 | s,t |

## December 16, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $160.00 | $49.24 | $38.60 | $9.85 | q,r |

Claim #10-16362-240-640

(continued)

Continued →

### Notes for Claims Above

q  The approved amount is based on a special payment method.

r  After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

s  We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

t  $1026.14 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

December 20, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.55 | 26.30 | 6.71 | D,E |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.50 | 16.86 | 4.30 | D,E |
| Total for Claim #10-16362-240-540 | | $235.00 | $79.67 | $62.47 | $15.93 | F,G |

## December 22, 2016
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | D,E |
| Claim #10-16362-240-840 | | | | | | |

(continued)

Continued →

## Notes for Claims Above

**D** The approved amount is based on a special payment method.

**E** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**F** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**G** $1026.14 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

December 20, 2016

Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | z,B |

**Claim #10-16362-240-540**

(continued)

Continued →

**Notes for Claims Above**

z The approved amount is based on a special payment method.

A This claim shows a quality reporting program adjustment.

B After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

C We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

William H Stillwell

## December 22, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | H,I |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | H,I |
| Total for Claim #10-16362-240-840 | | $240.00 | $84.36 | $66.15 | $16.87 | J,K |

## December 27, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | H,I |

**Claim #09-17003-095-070**

(continued)

Continued →

### Notes for Claims Above

H The approved amount is based on a special payment method.

I After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

J We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA – SUPP.

K $1110.50 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## December 27, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 25.30 | 19.84 | 5.06 | L,M |
| Therapeutic activities to improve function, with one-on-one contact between patient and provider, ea (97530-GP) | Yes | 80.00 | 34.44 | 27.00 | 6.89 | L,M |
| Walking training to 1 or more areas, each 15 minutes (97116-GP59) | Yes | 75.00 | 21.50 | 16.86 | 4.30 | L,M |
| Total for Claim #09-17003-095-070 | | $315.00 | $105.86 | $83.01 | $21.17 | N,O |

## December 29, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | L,M |
| Claim #09-17003-095-010 | | | | | | |

(continued)

Continued →

### Notes for Claims Above

**L** The approved amount is based on a special payment method.

**M** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**N** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA – SUPP.

**O** $1375.70 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## December 29, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.55 | 26.30 | 6.71 | P,Q |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.50 | 16.86 | 4.30 | P,Q |
| Total for Claim #09-17003-095-010 | | $235.00 | $79.67 | $62.47 | $15.93 | R,S |

## December 30, 2016
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.62 | $19.31 | $4.92 | P,Q |
| Claim #09-17003-095-030 | | | | | | |

(continued)

## Notes for Claims Above

Continued →

P The approved amount is based on a special payment method.

Q After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

R We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

S $1375.70 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## December 30, 2016/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.55 | 26.30 | 6.71 | T,U |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.50 | 16.86 | 4.30 | T,U |
| Total for Claim #09-17003-095-030 | | $235.00 | $79.67 | $62.47 | $15.93 | V,W |

## January 03, 2017
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.83 | $19.46 | $4.97 | T,U |

**Claim #09-17005-280-650**

(continued)

Continued →

### Notes for Claims Above

**T** The approved amount is based on a special payment method.

**U** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**V** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**W** $1375.70 has been applied during this calendar year 2016 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

## January 03, 2017/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.92 | 26.60 | 6.78 | X,Y |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.53 | 16.88 | 4.31 | X,Y |
| Total for Claim #09-17005-280-650 | | $235.00 | $80.28 | $62.94 | $16.06 | a,Z |

## January 05, 2017
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.83 | $0.00 | $24.83 | b,X |

**Claim #09-17013-392-080**                                         (continued)

**Continued**

## Notes for Claims Above

**X** The approved amount is based on a special payment method.

**Y** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**Z** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap Insurer is BCBS OF FLORIDA - SUPP.

**a** $401.40 has been applied during this calendar year 2017 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

**b** This approved amount has been applied toward your deductible.

William H Stillwell

## January 05, 2017/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.92 | 0.00 | 33.92 | c,d |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.53 | 0.00 | 21.53 | c,d |
| Total for Claim #09-17013-392-080 | | $235.00 | $80.28 | $0.00 | $80.28 | e,f |

## January 06, 2017
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.83 | $0.00 | $24.83 | c,d |

**Claim #09-17013-392-190**

(continued)



### Notes for Claims Above

**c** This approved amount has been applied toward your deductible.

**d** The approved amount is based on a special payment method.

**e** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**f** $401.40 has been applied during this calendar year 2017 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

## January 06, 2017/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.92 | 0.00 | 33.92 | g,h |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.53 | 0.00 | 21.53 | g,h |
| Total for Claim #09-17013-392-190 | | $235.00 | $80.28 | $0.00 | $80.28 | i,j |

## January 09, 2017
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.83 | $1.87 | $22.92 | h,k,l |

**Claim #09-17013-392-370**                                                (continued)

Continued →

### Notes for Claims Above

**g** This approved amount has been applied toward your deductible.

**h** The approved amount is based on a special payment method.

**i** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**j** $401.40 has been applied during this calendar year 2017 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

**k** $22.44 of this approved amount has been applied toward your deductible.

**l** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.



William H Stillwell

### January 09, 2017/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.92 | 26.60 | 6.78 | m,n |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.53 | 16.88 | 4.31 | m,n |
| Total for Claim #09-17013-392-370 | | $235.00 | $80.28 | $45.35 | $34.01 | o,p |

## January 12, 2017
### Optimal Performance And Phys, (727)475-5543
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.83 | $19.46 | $4.97 | m,n |

Claim #09-17013-392-610

(continued)

Continued →

### Notes for Claims Above

m The approved amount is based on a special payment method.

n After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

o We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

p $401.40 has been applied during this calendar year 2017 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## January 12, 2017/Optimal Performance And Phys continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.92 | 26.60 | 6.78 | q,r |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.53 | 16.88 | 4.31 | q,r |
| Mobility: walking & moving around functional limitation, current status, at therapy episode outset a (G8978-GPCK) | NO | 0.00 | 0.00 | 0.00 | 0.00 | s |
| Mobility: walking & moving around functional limitation, projected goal status, at therapy episode o (G8979-GPCI) | NO | 0.00 | 0.00 | 0.00 | 0.00 | s |
| Total for Claim #09-17013-392-610 | | $235.00 | $80.28 | $62.94 | $16.06 | t,u |

Continued

### Notes for Claims Above

q  The approved amount is based on a special payment method.

r  After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

s  This code is for informational/reporting purposes only. You should not be charged for this code. If there is a charge, you do not have to pay the amount.

t  We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

u  $401.40 has been applied during this calendar year 2017 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

William H Stillwell

## January 13, 2017
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | $80.00 | $24.83 | $19.46 | $4.97 | v,w |
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | 80.00 | 33.92 | 26.60 | 6.78 | v,w |
| Walking training to 1 or more areas, each 15 minutes (97116-GP) | Yes | 75.00 | 21.53 | 16.88 | 4.31 | v,w |
| **Total for Claim #09-17019-839-760** | | $235.00 | $80.28 | $62.94 | $16.06 | x,y |

Continued →

### Notes for Claims Above

**v** The approved amount is based on a special payment method.

**w** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**x** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is BCBS OF FLORIDA - SUPP.

**y** $565.95 has been applied during this calendar year 2017 towards the $1980.00 limit on outpatient physical therapy and speech-language pathology benefits.

**William H Stillwell**

THIS IS NOT A BILL | Page 27 of 33

## January 17, 2017
**Optimal Performance And Phys, (727)475-5543**
Ste 111W, 3903 Northdale Blvd, Tampa, FL 33624-1853
Referred by Wanger, Michael P

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Schorpion, Jan, DPT | | | | | | |
| Therapeutic procedure to re-educate brain-to-nerve-to-muscle function, each 15 minutes (97112-GP) | Yes | $160.00 | $59.44 | $46.60 | $11.89 | z,A |
| Therapeutic exercise to develop strength, endurance, range of motion, and flexibility, each 15 minut (97110-GP) | Yes | 80.00 | 24.83 | 19.46 | 4.97 | z,A |
| Total for Claim #09-17019-839-750 | | $240.00 | $84.27 | $66.06 | $16.86 | B,C |

# INDEMNIFYING RELEASE OF ALL CLAIMS

FOR THE SOLE CONSIDERATION of payment of the total sum of One Hundred Thousand Dollars ($100,000.00) (hereafter the "Settlement Funds") to William Stillwell and Penelope Stillwell, by Motorists Mutual Insurance Company on behalf of G.T. Services, Inc. d/b/a Green Touch Services, Inc. (referred to hereafter as "Green Touch") the receipt and sufficiency whereof is hereby acknowledged, William Stillwell and Penelope Stillwell hereby release, acquit, and forever discharge Green Touch and its respective insurers (including without limitation Motorists Mutual Insurance Company), agents, employees, successors, assigns, officers, directors, shareholders, partners and members liable or who might be claimed to be liable from any and all claims, demands, damages, actions, causes of action, or suits of any kind or nature whatsoever, particularly on account of all injuries, known and unknown, both to person and property, which have resulted or may in the future develop from a slip and fall on ice/snow by William Stillwell that occurred on or about the 13th day of December, 2010 at the Sycamore Springs Subdivision, Section C, Marion County, Indiana, (the "Incident") all of which is more specifically described in a Complaint filed against Green Touch and others, pending in the Marion County Superior Court, under cause no. 49D11-1110-CT-041092 (hereafter the "Litigation").

The undersigned agrees that the Settlement Funds shall be paid in the total amount of One Hundred Thousand and 00/100 Dollars ($100,000.00) to William Stillwell, Penelope Stillwell and Cohen & Malad LLP, their attorneys.

The undersigned represent that any existing or future medical lien or liens of any type relating to William Stillwell shall be the responsibility of William Stillwell and Penelope Stillwell, and they fully understand that the agreement for payment of the Settlement Funds is made based in part upon the promise to be responsible for and pay such liens by William Stillwell and Penelope Stillwell, their insurers, heirs, executors, administrators, agents, and assigns. Further, William Stillwell and Penelope Stillwell agree and promise to defend, indemnify and save harmless Green Touch and its respective insurers, agents, employees, assigns, officers, directors, shareholders, partners, members liable or who might be claimed to

Page 1 of 3



EXHIBIT
3

be liable from any claim (specifically, any claim by or on behalf of William Stillwell or Penelope Stillwell) brought as a result of any treatment, injuries, or damages, including, but not limited to, attorney fees incurred to defend such claims and all other costs. By signing this release William Stillwell and Penelope Stillwell authorize their legal counsel, to the extent not paid directly herein, to withhold from any Settlement Funds all monies necessary to satisfy any outstanding liens for expenses, including without limitation, medical expenses

William Stillwell and Penelope Stillwell acknowledge that Medicare possesses a statutory subrogation interest in the Settlement Funds. As a condition precedent to payment of the Settlement Funds, William Stillwell and Penelope Stillwell warrant, affirm and represent that they have notified Medicare or its designated agents or representatives of all third parties against whom they may have a right of recovery. William Stillwell has completed treatment for his injuries suffered in the Incident. Based upon consultation with her medical care providers, William Stillwell and Penelope Stillwell do not anticipate the need for future medical care. (INTIAL HERE _____ _____ )

As a further condition of payment of the Settlement Funds, William Stillwell and Penelope Stillwell have authorized State Farm Insurance, on behalf of its insureds, to issue a check in the amount of $19,000.00 payable to Medicare or its designee in full satisfaction of all liens held by Medicare as a result of medical expenses paid on behalf of William Stillwell.

The undersigned hereby declare that the terms of this release document have been completely read, are fully understood, and are voluntarily accepted for the purpose of making a full and final compromise, adjustment and settlement of any and all claims, disputed or otherwise, on account of the injuries and damages above-mentioned and for the express purpose of forever precluding any further or additional claims arising out of the aforesaid Incident.

William Stillwell and Penelope Stillwell hereby accept the check paid as set forth above from or issued by Motorists Mutual Insurance Company as final payment of the Settlement Funds as set forth above. The undersigned agree to immediately instruct their attorney to dismiss the Litigation, with prejudice

Page 2 of 3

against refiling, all costs paid.

IN WITNESS WHEREOF, William Stillwell and Penelope Stillwell have hereunto set their hand

on the date set forth below.

---

**CAUTION: READ FULLY AND CAREFULLY BEFORE SIGNING BELOW. THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. DO NOT SIGN UNLESS YOU FULLY UNDERSTAND ITS TERMS.**

---

Reviewed and approved as to form and content

COHEN & MALAD LLP

By

Daniel S. Chamberlain, Attorney for William Stillwell and Penelope Stillwell

William Stillwell
Dated:

Penelope Stillwell
Dated:

STATE OF _____  )
                        )SS:
COUNTY OF _____  )

Before me, a Notary Public in and for said State, personally appeared, William Stillwell and Penelope Stillwell, and having acknowledged that the foregoing document has been read in its entirety, executed the above and foregoing on this _____ day of _____, 2017.

Signature - Notary Public
Printed:
County of Residence:
Commission Expiration:

Page 3 of 3

# INDEMNIFYING RELEASE OF ALL CLAIMS

FOR THE SOLE CONSIDERATION of payment of the total sum of Two Hundred Thousand Dollars ($200,000.00) (hereafter the "Settlement Funds") payable as follows  1) One Hundred Thousand Dollars and No Cents ($100,000.00) payable to "William Stillwell and Penelope Stillwell, and Cohen & Malad LLP, their attorneys" by Motorists Mutual Insurance Company on behalf of G.T. Services, Inc d/b/a Green Touch Services, Inc (referred to hereafter as "Green Touch"); 2) Four Thousand Dollars and No Cents ($4,000.00) payable to "Anthem Blue Cross and Blue Shield" by State Farm Fire and Casualty Company (hereafter "State Farm") on behalf of Section C Homeowners Association, Inc. (hereafter "Section C"), Eagle-Kirkpatrick Management Company, Inc. and Kirkpatrick Management Co., Inc. (hereafter collectively "Kirkpatrick"); 3) Nineteen Thousand Six Hundred Seventy Two Dollars and Ninety Nine Cents ($19,672.99) payable to "Medicare;" by State Farm on behalf of Section C and Kirkpatrick; and  4) Seventy Six Thousand Three Hundred Twenty Seven Dollars and One Cent ($76,327.01) payable to "William Stillwell and Penelope Stillwell and Cohen & Malad, their attorneys" by State Farm on behalf of Section C and Kirkpatrick, the receipt and sufficiency whereof is hereby acknowledged. William Stillwell and Penelope Stillwell hereby release, acquit, and forever discharge ~~Green Touch, Section C, and Kirkpatrick, as well as their respective insurers (including without limitation~~ Motorists Mutual Insurance Company and State Farm), agents, employees, successors, assigns, officers, directors, shareholders, partners and members liable or who might be claimed to be liable from any and all claims, demands, damages, actions, causes of action, or suits of any kind or nature whatsoever, particularly on account of all injuries, known and unknown, both to person and property, which have resulted or may in the future develop from a slip and fall on ice/snow by William Stillwell that occurred on or about the 13th day of December, 2010, at the Sycamore Springs Subdivision, Section C, Marion County, Indiana, (the "Incident") all of which is more specifically described in a Complaint filed against Green Touch, Section C, and Kirkpatrick, pending in the Marion County Superior Court, under cause no. 49D11-1110-CT-041092 (hereafter the "Litigation").

Page 1 of 3



EXHIBIT

4

The undersigned represent that any existing or future medical lien or liens of any type relating to ~~William Stillwell shall be the responsibility of William Stillwell and Penelope Stillwell, and they fully~~ understand that the agreement for payment of the Settlement Funds is made based in part upon the promise to be responsible for and pay such liens by William Stillwell and Penelope Stillwell, their insurers, heirs, executors, administrators, agents, and assigns. Further, William Stillwell and Penelope Stillwell agree and promise to defend, indemnify and save harmless Green Touch, Section C, Kirkpatrick, and their respective insurers, agents, employees, assigns, officers, directors, shareholders, partners, members liable or who might be claimed to be liable from any claim (specifically, any claim by or on behalf of William Stillwell or Penelope Stillwell) brought as a result of any treatment, injuries, or damages, including, but not limited to, attorney fees incurred to defend such claims and all other costs. By signing this release William Stillwell and Penelope Stillwell authorize their legal counsel, to the extent not paid directly herein, to withhold from any Settlement Funds all monies necessary to satisfy any outstanding liens for expenses, including without limitation, medical expenses.

William Stillwell and Penelope Stillwell acknowledge the following:

1.  They have considered the interests of Medicare/Secretary of Human Services as required by federal law;
2.  They have an obligation to Medicare/Secretary of Human Services that an incident was the subject of a settlement, judgment or award;
3.  They have an obligation to reimburse Medicare/Secretary of Human Services for medical services rendered to date in this matter;
4.  They have complied with all known obligations pursuant to the Medicare/Secretary of Human Services rules; and
5.  ~~Their future medical care shall not be affected by the terms and conditions of this~~ document.

(INTIAL HERE: _____ )

The undersigned hereby declare that the terms of this release document have been completely read, are fully understood, and are voluntarily accepted for the purpose of making a full and final compromise, adjustment and settlement of any and all claims, disputed or otherwise, on account of the injuries and damages above-mentioned and for the express purpose of forever precluding any further or additional claims arising out of the aforesaid Incident.

Page 2 of 3

William Stillwell and Penelope Stillwell hereby accept the checks paid as set forth above from or ~~issued by State Farm and Motorists Mutual Insurance Company as final payment of the Settlement Funds~~ as set forth above. The undersigned agree to immediately instruct their attorney to dismiss the Litigation, with prejudice against refiling, all costs paid.

IN WITNESS WHEREOF, William Stillwell and Penelope Stillwell have hereunto set their hand on the date set forth below.

**CAUTION: READ FULLY AND CAREFULLY BEFORE SIGNING BELOW.  THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS.  DO NOT SIGN UNLESS YOU FULLY UNDERSTAND ITS TERMS.**

Reviewed and approved as to form and content:

COHEN & MALAD LLP

By: _____

William Stillwell
Dated: _____

Daniel S. Chamberlain, Attorney for William Stillwell and Penelope Stillwell

Penelope Stillwell
Dated: _____

STATE OF _____ )
                          )SS:
COUNTY OF _____ )

Before me, a Notary Public in and for said State, personally appeared, William Stillwell and Penelope Stillwell, and having acknowledged that the foregoing document has been read in its entirety, executed the above and foregoing on this _____ day of _____, 2017.

Signature - Notary Public
Printed: _____
County of Residence: _____
Commission Expiration: _____

Page 3 of 3

From: INDI LAW-SCHULZ [mailto:indi.law-schulz.229o18@statefarm.com]

Sent: Thursday, February 02, 2017 1:49 PM

To: Daniel S. Chamberlain
<dchamberlain@cohenandmalad.com<mailto:dchamberlain@cohenandmalad.com>>;
rar@rocap-law.com<mailto:rar@rocap-law.com>

Cc: Aaron Williamson
<awilliamson@cohenandmalad.com<mailto:awilliamson@cohenandmalad.com>>

Subject: Stillwell v. Section C -- Release Language


Dan and Dick:


I have now done some additional digging into the proposed release language. To cut to the chase, I believe Dick's language is correct and would need to incorporate it into our release as well. My understanding is that the need to protect Medicare from paying for future services applies in liability cases. If a settlement covers future medical services, there needs to be a set aside. Some indicia of the possibility of future medical services is the use of a life care plan, or a catastrophic injury (both present here). The language Dick suggests guards against this. I have attached a new proposed Release with the language added.


Bradley J. Schulz

Attorney

State Farm Litigation Counsel

Employees of the Law Department

State Farm Mutual Automobile Insurance Company

Tel: (317) 684-6161

Fax: (855) 697-7056



EXHIBIT
5

Notice: This electronic mail transmission may constitute a privileged attorney-client communication and/or attorney work product. It is not intended for transmission to or receipt by any unauthorized persons. If you receive this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (317) 684-6161, so that our address record can be corrected.