UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA
*ex rel.* WILLIAM STILLWELL and
PENELOPE STILLWELL,

        Plaintiffs,

v.

Case No. 8:17-cv-1894-T-17AAS

**FILE UNDER SEAL**
**[31 U.S.C. § 3730(b)(2)]**

STATE FARM FIRE AND CASUALTY CO.
and MOTORISTS MUTUAL INSURANCE CO.,

        Defendants.

_____/

## THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

S-7

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: April 16, 2018          Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200

Christopher.Emden@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2018, the foregoing *United States' Notice of Election to Decline Intervention* was filed with the Clerk of the Court and that a copy has been served by U.S. Mail upon the following:

Kevin Darken
The Barry A. Cohen Law Group
201 East Kennedy Blvd., Suite 1950
Tampa, FL 33602

*Counsel for Relators*

CHRISTOPHER J. EMDEN
Assistant United States Attorney