## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. WILLIAM STILLWELL and
PENELOPE STILLWELL

      Relators,                                  Case No. 8:17-CV-1894-T-17AAS

v.

STATE FARM FIRE AND CASUALTY CO.
and MOTORISTS MUTUAL INSURANCE CO.

      Defendants

## AMENDED[1] MOTION TO WITHDRAW AS COUNSEL FOR RELATORS WILLIAM STILLWELL AND PENELOPE STILLWELL AND INCORPORATED MEMORANDUM OF LAW

      Kevin J. Darken, counsel for Relators William Stillwell and Penelope Stillwell, respectfully moves pursuant to Local Rule 2.03(b) for leave to withdraw as counsel of record in the above-captioned action. Undersigned counsel provided prior written notification to the Relators of his intention to withdraw on March 27, 2018 and advised Relators to obtain other counsel if any of them wished to continue to litigate this case following the Government's eventual non-intervention. Undersigned counsel also provided Relators the 10 day notice of intent to file this motion required by Local Rule 2.03(b) on June 4, 2018.

      The Relators' contingent fee agreement permits withdrawal upon prior written notification, which was made on March 27, 2018. The fee agreement also specifically permits withdrawal if, as in this case, the Department of Justice declines to intervene. *See* attached Declaration of Kevin J. Darken.

---

[1] The text of this amended motion is the same as Doc. 10. The only difference between this motion and Doc. 10 is that this amended motion has been served on the Relators by email.

The 90 day period for service of the complaint runs on July 24, 2018. Undersigned counsel requests that the Relators be given until July 24, 2018 to (1) obtain new counsel, and (2) serve the Defendant. This would ensure that the progress of this case is not delayed, while at the same time protecting the right of Relators to obtain new counsel.

## <u>MEMORANDUM OF LAW</u>

Local Rule 2.03(b) permits an attorney to withdraw from a case with leave of Court if (1) 10 days' notice has been given to the parties involved and to opposing counsel, and (2) the withdrawal will likely not cause continuance or delay. Here, notice was given on March 27, 2018 and again on June 4, 2018, immediately prior to filing of this motion. The withdrawal sought will likely not cause continuance or delay because the Relators have had almost three months so far to obtain new counsel and have until July 24, 2018 in which to serve the complaint on the Defendant.

Florida Rule of Professional Conduct 4-1.16(b) provides that an attorney may withdraw if "withdrawal can be accomplished without material adverse effect on the interests of the client" or if "a client insists on pursuing an objective that the lawyer considers…. imprudent", if "the representation will result in an unreasonable financial burden on the lawyer", or if "other good cause for withdrawal exists." All of these grounds exist here:

1. Withdrawal can be accomplished without material adverse effect on the interests of the client because the Relators have had three months already to obtain new counsel and because service of process is not due until July 24, 2018.

2. "Other good cause for withdrawal" exists in the form of the terms of Relators' contingent fee agreement which specifically permits withdrawal in the event the Department of Justice decides not to intervene. This contractual bargain must be capable of being enforced through a motion for and order of withdrawal.

Although Relators may not engage in pro se litigation in a non-intervened False Claims Act case, the Court has the authority to permit the Relators additional time in which to obtain

new counsel. *United States ex rel. McLean v. County of Santa Clara,* 2009 WL 3297502, \*3

(N.D. Cal., October 9, 2009) (staying FCA case from October 9 through November 30, 2009,

after granting attorney's motion to withdraw, to permit relator time to retain her fourth lawyer).

**Local Rule 3.01(g) Certification**

Undersigned counsel has been advised by AUSA Randy Harwell that the Government

takes no position on this motion.

Respectfully submitted,

Kevin J. Darken
Florida Bar No.:0090956
kdarken@tampalawfirm.com
Kevin J. Darken Law Group, LLC
332 South Plant Avenue
Tampa, FL 33606
Telephone: 813-513-4913
Fax: 813-513-4948
Attorney for Relators

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished by ECF to counsel of record

on Relators William Stillwell, wstillwe@iupui.edu and Penelope Stillwell pstillwe@hotmail.com

on June 18, 2018.

*/s/ Kevin J. Darken*
Kevin J. Darken