UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. WILLIAM STILLWELL and PENELOPE STILLWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY CO. and MOTORISTS MUTUAL INSURANCE CO.,<br><br>Defendants. | Case No. 8:17-CV-1894-T-17AAS |

**MOTORISTS MUTUAL INSURANCE CO.'S RESPONSE IN OPPOSITION TO RELATORS' MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO WITHDRAW AND REQUEST FOR STAY OF PROCEEDINGS**

Defendant MOTORISTS MUTUAL INSURANCE CO., by and through its undersigned counsel and under L.R. 3.01(b), files this Response in Opposition to Relators' Motion for Reconsideration (Doc. 85), and states:

"The only grounds for granting a motion for reconsideration are newly-discovered evidence or manifest errors of law or fact." Smith v. Ocwen Fin., 488 F. App'x 426, 428 (11th Cir. 2012). "However, reconsideration of a court's order is an extraordinary remedy and a power to be used sparingly . . ." Pritchard v. Fla. High Sch. Ath. Ass'n, No. 2:19-cv-94-FtM-29MRM, 2020 U.S. Dist. LEXIS 109195, *2 (M.D. Fla. June 22, 2020) (internal citations and quotations omitted) (analyzing a motion for reconsideration of a non-final order). "Arguments that were or should have been raised in the first instance are not appropriate grounds for a motion for reconsideration." Nece v. Quicken Loans, Inc., 8:16-cv-2605-T-23TBM, 2017 U.S. Dist. LEXIS 105557, *2 n.1 (M.D. Fla. June 13, 2017) (citation omitted).

Relators do not rely on any newly-discovered evidence and do not argue any manifest error in law or fact. All arguments raised in the Motion for Reconsideration should not be considered as they could have been raised in their Motion to Withdraw (Doc. 83).

Further, this lawsuit is nearly 3 years old. (Doc. 1). Relators have been unable, to date, to plead their FCA claims with particularity or state a cause of action. (Docs. 71, 80). Relators have had since May 29, 2020, to amend their complaint per this Court's dismissal Order. (Doc. 80). They *still* have through July 28, 2020 to do so. This is more than enough time for Relators to amend their complaint. Relators have not satisfied their burden "to establish the extraordinary circumstances supporting reconsideration . . ." Mannings v. School Bd., 149 F.R.D. 235, 235 (M.D. Fla. 1993). Their Motion should be denied.

WHEREFORE, Defendant MOTORISTS MUTUAL INSURANCE CO. respectfully requests this Court deny Relators' Motion for Reconsideration (Doc. 85).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2020, I filed a true and correct copy of the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Frank C. Quesada | Christopher J. Emden |
| Alexis Fernandez | United States Attorney's Office |
| MSP Recovery Law Firm | USA No. 158 |
| 5000 SW 75th Avenue, Suite 300 | 400 North Tampa Street, Suite 3200 |
| Miami, FL 33155 | Tampa, FL 33602 |
| Telephone (305) 614-2222 | Telephone (813) 274-6000 |
| fquesada@msprecoverylawfirm.com | Facsimile: (813) 274-6200 |
| afernandez@msprecoverylawfirm.com | Christopher.Emden@usdoj.gov |
| ***Attorneys for Relators William Stillwell and Penelope Stillwell*** | ***Attorney for the United States of America*** |

| | |
|---|---|
| Benjamine Reid<br>CARLTON FIELDS, P.A.<br>Miami Tower<br>100 S.E. Second Street, Suite 4200<br>Miami, FL 33131-2113<br>Telephone (305) 539-7222<br>Facsimile: (305) 530-0055<br>breid@carltonfields.com<br><br>***Attorneys for State Farm Mutual Automobile Insurance Company*** | D. Matthew Allen<br>CARLTON FIELDS, P.A.<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607<br>Telephone (813) 223-7000<br>Facsimile: (813) 229-4133<br>mallen@carltonfields.com<br><br>***Attorneys for State Farm Mutual Automobile Insurance Company*** |

**BOYD & JENERETTE, P.A.**

/s/   Kevin D. Franz

**KANSAS R. GOODEN**
Florida Bar No. 58707
kgooden@boydjen.com
201 N. Hogan St., Suite 400
Jacksonville, FL 32202
Tel:    (904) 353-6241
Fax:    (904) 493-5658
**KEVIN D. FRANZ**
Florida Bar No. 15243
kfranz@boydjen.com
1001 Yamato Road, Suite 102
Boca Raton, FL 33431
Tel:    (954) 670-2198
Fax:    (954) 622-0095
***Counsel for Motorists Mutual Insurance Company***

And

**HILL & LEMONGELLO, P.A.**

**DANIEL LEMONGELLO**
Florida Bar No. 27049
Dan1@hill-lem-law.com
800 Southeast 3rd Avenue, Suite 200
Fort Lauderdale, FL 33316
Tel:    (954) 462-3623
Fax:    (954) 523-1940
***Lead Counsel for Motorists Mutual Insurance Company***