UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM STILLWELL and
PENELOPE STILLWELL,

    Plaintiffs,

v.                                              CASE NO. 8:17-cv-1894-T-23AAS

STATE FARM FIRE AND CASUALTY
CO., et al.,

    Defendants.
_____/

## **ORDER**

Noting that a relator cannot pursue a *qui tam* action *pro se*, a June 30, 2020 order denies the motion of relator's counsel to withdraw but extends the time within which the relator must amend the complaint in accord with a May 29, 2020 order, which dismisses the complaint for failure to state a claim.

Moving (Doc. 85) for reconsideration of the June 30, 2020 order, counsel reports that the Florida Bar Ethics Hotline provided counsel an oral advisory opinion that amending the complaint in accord with the client's instruction might result in a violation of Rules 4-1.2 and 4-3.1, Rules Regulating The Florida Bar. The motion for reconsideration is **GRANTED**. No later than **JULY 28, 2020**, the relator must retain substitute counsel. If not substitute counsel timely appears, an order will promptly grant a motion to permit current counsel to withdraw. No later

**AUGUST 28, 2020**, the relator must amend the complaint in accord with the May 28, 2020 dismissal order.

ORDERED in Tampa, Florida, on July 7, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE